JOHN A. LAVRA, CSB No.: 114533
JERI L. PAPPONE, CSB No.: 210104
AMANDA L. BUTTS, CSB No.: 253651
Longyear, O'Dea and Lavra, LLP
3620 American River Drive, Suite 230
Sacramento, Ca. 95864
Telephone: (916) 974-8500
Facsimile: (916) 974-8510

Attorneys for COUNTY OF SACRAMENTO
JOHN MCGINNESS
JAMES PETRINOVICH

LAW OFFICES OF STEVEN R. YOURKE
STEVEN R. YOURKE, ESQ.
LAW OFFICES OF JOHN L BURRIS
JOHN L. BURRIS
7767 Oakport Street, Suite 1120
Oakland, Ca 94621
Email: steven.yourke@johnburrislaw.com
Phone: 510-839-5200 x 233

Attorneys for Plaintiff Phu Su

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| PHU SU, | CASE NO. 2:09-CV-01826-WBS-GGH |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | **Federal Rules of Civil Procedure 41(a)(1)** |
| COUNTY OF SACRAMENTO ET AL., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between PLAINTIFF PHU SU and DEFENDANTS COUNTY OF SACRAMENTO and JAMES PETRINOVICH through their designated counsel that Defendants are hereby dismissed without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1), all parties to bear their own attorneys fees and legal costs.

/ / /

**IT IS SO STIPULATED:**

Dated: November 5, 2010          LONGYEAR, O'DEA & LAVRA

By:    /s/ John A. Lavra
       JOHN A. LAVRA
       Attorney for Defendants

Dated:  November 5, 2010

By     /s/ Steven R. Yourke
       STEVEN R. YOURKE
       Attorney for Plaintiff, Phu Su

IT IS SO ORDERED

    Pursuant to the stipulation of the parties and for good cause appearing DEFENDANTS County of Sacramento and James Petrinovich hereby dismissed without prejudice.

DATED: November 9, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE